UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA, <br><br> Defendants. | CIVIL ACTION NO: |

**DEFENDANT LABORATORY CORPORATION OF
AMERICA HOLDINGS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules for the District of Massachusetts, Defendant Laboratory Corporation of America Holdings, incorrectly identified in the Complaint as Laboratory Corporation of America, a nongovernmental, publicly traded, corporate party, certifies that it has no publicly held corporate parent owning more than 10% of its stock.

Dated: Boston, MA		Respectfully submitted,
       June 28, 2018

                           **LABORATORY CORPORATION OF AMERICA HOLDINGS**

                           By their attorneys,

                           **Campbell Campbell Edwards & Conroy Professional Corporation**

                           */s/ Christopher R. Howe*
                           James M. Campbell (BBO # 541882)
                           Christopher R. Howe (BBO #652445)
                           One Constitution Center, 3rd Floor
                           Boston, MA  02129
                           Tel. (617) 241-3041
                           Fax (617) 241-5115
                           jmcampbell@campbell-trial-lawyers.com
                           chowe@campbell-trial-lawyers.com
                           *Counsel for Defendant Laboratory Corporation of America Holdings*


<u>Of Counsel</u>
Robert I. Steiner (*pro hac vice* to be filed)
Jaclyn M. Metzinger (*pro hac vice* to be filed)
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Tel. (212) 808-7800
Fax (212) 808-7897


**TO:**

Douglas J. Nash
Carolyn A. Marcotte
Barclay Damon LLP
One Financial Center, Suite 1701
Boston, MA 02111
(617) 274-2900
*Counsel for Plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Christopher R. Howe, counsel for defendant Laboratory Corporation of America Holdings, hereby certify that on June 28, 2018, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record. I also served a true copy of the above Corporate Disclosure Statement by first class mail, postage pre-paid, on all parties of record.

                                                */s/ Christopher R. Howe*
                                                Christopher R. Howe