# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC.,<br><br>   Plaintiffs,<br><br>  v.<br><br>ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA,<br><br>   Defendants. | CIVIL ACTION NO: |

### DEFENDANT ESOTERIX GENETIC LABORATORIES, LLC'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules for the District of Massachusetts, Defendant Esoterix Genetic Laboratories, LLC ("EGL"), a nongovernmental, limited liability company, certifies that it is a wholly owned subsidiary of Laboratory Corporation of America Holdings, a publicly traded company. Laboratory Corporation of America Holdings is EGL's sole member.

Dated: Boston, MA                           Respectfully submitted,
      June 28, 2018                      **ESOTERIX GENETIC LABORATORIES, LLC**

                                          By their attorneys,

                                          CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

                                          /s/ Christopher R. Howe
                                          James M. Campbell (BBO # 541882)
                                          Christopher R. Howe (BBO #652445)
                                          One Constitution Center
                                          Boston, MA  02129
                                          Tel. (617) 241-3041
                                          Fax (617) 241-5115
                                          jmcampbell@campbell-trial-lawyers.com
                                          chowe@campbell-trial-lawyers.com
                                          *Counsel for Defendant Esoterix Genetic Laboratories, LLC*

<u>Of Counsel</u>
Robert I. Steiner (*pro hac vice* to be filed)
Jaclyn M. Metzinger (*pro hac vice* to be filed)
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Tel. (212) 808-7800
Fax (212) 808-7897


**TO:**
Douglas J. Nash
Carolyn A. Marcotte
Barclay Damon LLP
One Financial Center, Suite 1701
Boston, MA 02111
(617) 274-2900
*Counsel for Plaintiffs The General Hospital*
*Corporation and Dana-Farber Cancer Institute, Inc.*

## **CERTIFICATE OF SERVICE**

   I, Christopher R. Howe, counsel for defendant Esoterix Genetic Laboratories, LLC, hereby certify that on June 28, 2018, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.  I also served a true copy of the above Corporate Disclosure Statement by first class mail, postage pre-paid, on all parties of record.

              */s/ Christopher R. Howe*
              Christopher R. Howe