UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA,<br><br>Defendants. | C.A. NO. 1:18-CV-11360-IT |

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Campbell, Esquire of Campbell Campbell Edwards & Conroy, P.C. as counsel for defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America in the above-captioned matter.

ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA

By their Attorney,

CAMPBELL CAMPVBELL EDWARDS & CONROY, P.C.

/s/ James M. Campbell
James M. Campbell (BBO #541882)
jmcampbell@campbell-trial-lawyers.com
One Constitution Center
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115

## CERTIFICATE OF SERVICE

I, James M. Campbell, counsel for defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America, hereby certify that on July 5, 2018, the foregoing Notice of Appearance was electronically filed with the Court using the Court's electronic filing system (ECF), which will send notice of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

/s/ James M. Campbell
James M. Campbell