# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA, <br><br> Defendants. | Civil Action No.: 1:18-cv-11360-IT <br><br> Hon. Indira Talwani |

### DEFENDANTS ESOTERIX GENETIC LABORATORIES, LLC AND LABORATORY CORPORATION OF AMERICA HOLDINGS' UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEYS ROBERT I. STEINER AND JACLYN M. METZINGER

Defendants Esoterix Genetic Laboratories, LLC ("EGL") and Laboratory Corporation of America Holdings, incorrectly identified in the Complaint as Laboratory Corporation of America ("LabCorp"), by and through their undersigned counsel, move for leave pursuant to Local Rule 83.5.3, for the appearance *pro hac vice* of Attorneys Robert I. Steiner and Jaclyn M. Metzinger of Kelley Drye & Warren LLP, located at 101 Park Avenue, New York, New York, 10178, telephone number (212) 808-7800. In support of this motion, EGL and LabCorp state the following:

1. The law firm of Campbell Campbell Edwards & Conroy, P.C., One Constitution Plaza, Third Floor, Boston, MA 02129 has been retained by EGL and LabCorp to act as their local counsel in the above-captioned case.

2. As set forth in his affidavit hereby, Attorney Robert I. Steiner is an active member in good standing of the Bar of the State of New York. He is also admitted to practice before the State of New Jersey; the United States Courts of Appeals for the First, Second, Third, Fourth, Eighth, Ninth, and Federal Circuits; the United States Court of Federal Claims; the United States District Courts for the Southern and Eastern Districts of New York; the United States District Court for the District of New Jersey; and the United States District Court for the District of Colorado. Attorney Steiner is a member of good standing in every jurisdiction in which he is admitted to practice and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

3. Additionally, as set forth in her affidavit hereby, Attorney Jaclyn M. Metzinger is an active member in good standing of the Bar of the State of New York. She is also admitted to practice before the United States Court of Appeals for the Ninth Circuit; and the United States District Courts for the Southern, Eastern and Northern Districts of New York. Attorney Metzinger is a member of good standing in every jurisdiction in which she is admitted to practice and there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

4. Attorneys Steiner and Metzinger are counsel to EGL and LabCorp in this case and in other matters.

5. Because of Attorneys Steiner and Metzinger's familiarity with issues concerning EGL and LabCorp, it is EGL and LabCorp's desire that they participate in their representation in the instant matter.

6. Attorneys Steiner and Metzinger have reviewed and are familiar with the Local Rules of the District of Massachusetts.

Dated: July 11, 2018
        Boston, MA

Respectfully submitted,

ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS

By their attorneys

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

*/s/ Christopher R. Howe*
James M. Campbell (BBO # 541882)
Christopher R. Howe (BBO #652445)
One Constitution Center, 3rd Floor
Boston, MA  02129
Tel. (617) 241-3041
Fax (617) 241-5115
jmcampbell@campbell-trial-lawyers.com
chowe@campbell-trial-lawyers.com
*Counsel for Defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Christopher R. Howe, counsel for defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings (collectively, "Defendants"), hereby certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, I conferred with Carolyn A. Marcotte, counsel for plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute Inc. (collectively, "Plaintiffs"), on July 2, 2018.  Ms. Marcotte informed me that Plaintiffs assent to this motion.

*/s/ Christopher R. Howe*
Christopher R. Howe

## CERTIFICATE OF SERVICE

I, Christopher R. Howe, counsel for defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings, hereby certify that on July 11, 2018, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Christopher R. Howe*
Christopher R. Howe