UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA,<br><br>Defendants. | Civil Action No.: 1:18-cv-11360-IT<br><br>Hon. Indira Talwani |

### AFFIDAVIT OF ROBERT I. STEINER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Robert I. Steiner hereby deposes and says under the pains and penalties of perjury that the following statements are true and correct:

1. I am a member of the law firm of Kelley Drye & Warren LLP, located at 101 Park Avenue, New York, New York, 10178.

2. I am an active member in good standing of the Bar of the State of New York. I am also admitted to practice in the following jurisdictions: the State of New Jersey; the United States Courts of Appeals for the First, Second, Third, Fourth, Eighth, Ninth, and Federal Circuits; the United States Court of Federal Claims; the United States District Courts for the Southern and Eastern Districts of New York; the United States District Court for the District of New Jersey; and the United States District Court for the District of Colorado.

3. I am a member in good standing in each of the above-referenced jurisdictions.

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction where I have been admitted to practice law.

5. I have reviewed and am familiar with the Local Rules of the District of Massachusetts.

6. I make this Affidavit in support of the motion of Christopher R. Howe of Campbell Campbell Edwards & Conroy, One Constitution Plaza, Boston, MA 02129, a member in good standing of the bar of this Court, for an Order admitting me *pro hac vice* to serve

2

with him as co-counsel for plaintiff Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings in this case.

I, Robert I. Steiner, do hereby swear or affirm under the pains and penalties of perjury that the foregoing contents of the above affidavit are true of my own knowledge and belief.

Dated this 9th day of July, 2018

Robert I. Steiner

Subscribed and Sworn before me this 9th day of July, 2018, 9th

Notary Public (signature)

My commission expires:

DULCE MARIA MONTOYA
Notary Public, State of New York
No. 01MO6331295
Qualified in King County
Commission Expires October 5, 2019

2