UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA,<br><br>Defendants. | Civil Action No.: 1:18-cv-11360-IT<br><br>Hon. Indira Talwani |

### AFFIDAVIT OF JACLYN M. METZINGER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Jaclyn M. Metzinger hereby deposes and says under the pains and penalties of perjury that the following statements are true and correct:

1. I am an attorney at the law firm of Kelley Drye & Warren LLP, located at 101 Park Avenue, New York, New York, 10178.

2. I am an active member in good standing of the Bar of the State of New York. I am also admitted to practice in the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Southern, Eastern and Northern Districts of New York.

3. I am a member in good standing in each of the above-referenced jurisdictions.

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction where I have been admitted to practice law.

5. I have reviewed and am familiar with the Local Rules of the District of Massachusetts.

6. I make this Affidavit in support of the motion of Christopher R. Howe of Campbell Campbell Edwards & Conroy, One Constitution Plaza, Boston, MA 02129, a member in good standing of the bar of this Court, for an Order admitting me *pro hac vice* to serve

with him as co-counsel for defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings in this case.

I, Jaclyn M. Metzinger, do hereby swear or affirm under the pains and penalties of perjury that the foregoing contents of the above affidavit are true of my own knowledge and belief.

Dated this 3rd day of July, 2018

_____
Jaclyn M. Metzinger

Subscribed and Sworn before me this 3rd day of July, 2018

_____
Notary Public (signature)

My commission expires: 11/13/2021

Peter Eric Bogdanich
Notary Public, State of New York
No. 01BO6366981
Qualified in Nassau County
Commission Expires November 13, 2021