# **EXHIBIT B**

Esoterix Genetic Laboratories, LLC
3400 Computer Drive
Westborough, MA 01581

November 28, 2017

**VIA OVERNIGHT FEDERAL EXPRESS**

Daniel Castro
Managing Director, Licensing
215 First Street, Suite 500
Cambridge, MA 02142

      Re:    Exclusive License Agreement, dated May 2, 2005, as amended on August 31, 2007, August 31, 2008 and October 26, 2010 ("License Agreement"); MGH Agreement No: ▮▮▮▮  MGH Case No: ▮▮▮

Dear Mr. Castro:

[Body of letter redacted]

Esoterix Genetic Laboratories, LLC, is a wholly-owned subsidiary of Laboratory Corporation of American Holdings.



2



------------------------------

Sincerely,

Kellie Watson, Ph.D.
kellie.watson@labcorp.com

cc: Executive Director, Innovation
Massachusetts General Hospital
101 Huntington Avenue, 4th Floor
Boston, MA 02199