# **EXHIBIT E**



Laboratory Corporation of America® Holdings
531 South Spring Street
Burlington, North Carolina 27215

**KATHRYN W. KYLE**
Vice President and Corporate General Counsel
Telephone: (336) 436-5021
Fax: (336) 436-4177

April 14, 2018

Via e-mail: DCASTRO@PARTNERS.ORG
Daniel Castro
Managing Director, Licensing and Innovation
Partners HealthCare
215 First Street, Suite 500
Cambridge, MA 02142

Dear Mr. Castro:



Mr. Daniel Castro
April 14, 2018
Page 2 of 2



Sincerely,

Kathryn W. Kyle
Vice President & Corporate General Counsel
LabCorp Diagnostics