**EXHIBIT J**

**SETTLEMENT AGREEMENT AND RELEASES**

**[REDACTED IN ITS ENTIRETY]**