# **EXHIBIT K**

**PARTNERS**
H E A L T H C A R E · FOUNDED BY BRIGHAM AND WOMEN'S HOSPITAL
AND MASSACHUSETTS GENERAL HOSPITAL

November 3, 2017

**BY FEDERAL EXPRESS OVERNIGHT**
**DELIVERY AND CERTIFIED MAIL**

Esoterix Genetic Laboratories, LLC
1700 West Park Drive, Suite 400
Westborough, Massachusetts 01581
Attn: SVP and General Manager

RE: Notice of Dispute, Exclusive License Agreement, dated May 2, 2005, as amended on August 31, 2007, August 31, 2008 and October 26, 2010 (MGM Agreement No. ████████ ("License Agreement")

Dear Sir or Madam:



Innovation

Notice of Dispute
Page 2 of 3



Very truly yours,

Daniel Castro
Managing Director, Licensing

Encls.

cc:     Laboratory Corporation
        of America Holdings
        531 S. Spring Street
        Burlington, North Carolina 27215
        Attn: Law Department

Notice of Dispute
Page 3 of 3

> F. Samuel Eberts III, Manager
> Esoterix Genetic Laboratories, LLC
> 231 Maple Avenue
> Burlington, North Carolina 27215
>
> Laboratory Corporation
> Of America Holdings
> 2626 Glenwood Avenue, Suite 550
> Raleigh, North Carolina 27608
> Attn: Law Department
>
> Laboratory Corporation
> Of America Holdings
> 358 South Main Street
> Burlington, North Carolina 27215-5837
> Attn: Law Department