UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA, <br><br> Defendants. | C.A. No. 1:18-cv-11360-IT |

## NOTICE OF MOOTNESS OF DEFENDANTS' MOTION TO DISMISS

Plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc. (together, the "plaintiffs") hereby give notice that, in light of the plaintiffs timely filing of an Amended Complaint (Dkt. No. 18) pursuant to Federal Rule of Civil Procedure 15(a), the motion of defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America) to dismiss (Dkt. No. 9) is moot, and should therefore be denied.

Respectfully submitted,

THE GENERAL HOSPITAL
CORPORATION AND DANA-FARBER
CANCER INSTITUTE, INC.
By their attorneys,


*/s/ Carolyn A. Marcotte*
Douglas J. Nash (BBO# 633050)
Carolyn A. Marcotte (BBO# 663616)
Barclay Damon LLP
One Financial Center, Suite 1701
Boston, MA 02111
(617) 274-2900
dnash@barclaydamon.com
cmarcotte@barclaydamon.com

Dated: July 18, 2018


**CERTIFICATE OF SERVICE**

I, Carolyn A. Marcotte, certify that on July 18, 2018, this Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants.


*/s/ Carolyn A. Marcotte*
Carolyn A. Marcotte