UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendants. | C.A. No. 1:18-cv-11360-IT |

## CORPORATE DISCLOSURE STATEMENT

The plaintiff The General Hospital Corporation, by and through its undersigned counsel, submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 identifying: 1) any parent corporation; and 2) any publicly held company that owns 10% or more of the party's stock.

The General Hospital Corporation is a charitable corporation organized under Massachusetts General Laws Chapter 180. The sole corporate member of The General Hospital Corporation is The Massachusetts General Hospital. Partners Healthcare System, Inc. is the sole corporate member of The Massachusetts General Hospital. No publicly held company owns 10% or more of The General Hospital Corporation.

\* \* \* \* \*

Respectfully submitted,

THE GENERAL HOSPITAL
CORPORATION
By its attorneys,


*/s/ Carolyn A. Marcotte*
Douglas J. Nash (BBO# 633050)
Carolyn A. Marcotte (BBO# 663616)
Barclay Damon LLP
One Financial Center, Suite 1701
Boston, MA 02111
(617) 274-2900
dnash@barclaydamon.com
cmarcotte@barclaydamon.com

Dated: July 24, 2018

## CERTIFICATE OF SERVICE

I, Carolyn A. Marcotte, counsel for plaintiff The General Hospital Corporation in the above-captioned action, certify that on July 24, 2018, this Corporate Disclosure Statement filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants.

*/s/ Carolyn A. Marcotte*
Carolyn A. Marcotte