UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

THE GENERAL HOSPITAL                    )
CORPORATION and                         )
DANA-FARBER CANCER                      )
INSTITUTE, INC.,                        )
                                        )
            Plaintiffs,                 )          C.A. No. 1:18-cv-11360-IT
                                        )
      v.                                )
                                        )
ESOTERIX GENETIC                        )
LABORATORIES, LLC and                   )
LABORATORY CORPORATION                  )
OF AMERICA HOLDINGS,                    )
                                        )
            Defendants.                 )
_____)

## CORPORATE DISCLOSURE STATEMENT

The plaintiff Dana-Farber Cancer Institute, Inc., by and through its undersigned counsel,

submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 identifying: 1) any

parent corporation; and 2) any publicly held company that owns 10% or more of the party's

stock.

The Dana-Farber Cancer Institute, Inc. has no parent corporation and no publicly held

company owns 10% or more of Dana-Farber Cancer Institute, Inc.'s stock.


* * * * *

Respectfully submitted,

DANA-FARBER
CANCER INSTITUTE, INC.
By its attorneys,


*/s/ Carolyn A. Marcotte*
Douglas J. Nash (BBO# 633050)
Carolyn A. Marcotte (BBO# 663616)
Barclay Damon LLP
One Financial Center, Suite 1701
Boston, MA 02111
(617) 274-2900
dnash@barclaydamon.com
cmarcotte@barclaydamon.com

Dated: July 24, 2018


## CERTIFICATE OF SERVICE

I, Carolyn A. Marcotte, counsel for plaintiff Dana-Farber Cancer Institute, Inc. in the above-captioned action, certify that on July 24, 2018, this Corporate Disclosure Statement filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants.


*/s/ Carolyn A. Marcotte*
Carolyn A. Marcotte