UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————
)
THE GENERAL HOSPITAL                    )
CORPORATION and                         )
DANA-FARBER CANCER                      )
INSTITUTE, INC.,                        )
                                        )
                Plaintiffs,             )          C.A. No. 1:18-cv-11360-IT
                                        )
         v.                             )
                                        )
ESOTERIX GENETIC                        )
LABORATORIES, LLC and                   )
LABORATORY CORPORATION                  )
OF AMERICA HOLDINGS,                    )
                                        )
                Defendants.             )
———————————————————————)

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Rule 56.1 of the Local Rules of the

United States District Court for the District of Massachusetts, the plaintiffs The General Hospital

Corporation and Dana-Farber Cancer Institute, Inc. hereby move for partial summary judgment

as to the breach of contract claim in Count I of the Amended Complaint.  In support of their

motion, the plaintiffs rely on the following documents submitted herewith:

1.      Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss
        and in Support of Their Cross-Motion for Partial Summary Judgment;

2.      Plaintiffs' Statement of Undisputed Facts in Support of their Motion for Partial
        Summary Judgment; and

3.      Affidavit of Carolyn A. Marcotte in Support of Plaintiffs' Motion for Partial
        Summary Judgment with attached Exhibits.

WHEREFORE, for the reasons set forth in the accompanying documents, the plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc. respectfully request that the Court grant summary judgment in their favor as to the breach of contract claim in Count I of the Amended Complaint, and that it grant such other and further relief as the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the plaintiffs respectfully request oral argument on their Motion for Partial Summary Judgment.

Respectfully submitted,

THE GENERAL HOSPITAL
CORPORATION AND DANA-FARBER
CANCER INSTITUTE, INC.
By their attorneys,


*/s/ Carolyn A. Marcotte*
Douglas J. Nash (BBO# 633050)
Carolyn A. Marcotte (BBO# 663616)
Barclay Damon LLP
One Financial Center, Suite 1701
Boston, MA 02111
(617) 274-2900
dnash@barclaydamon.com
cmarcotte@barclaydamon.com

Dated: August 15, 2018


## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Carolyn A. Marcotte, counsel for the plaintiffs in the above-captioned matter, hereby certify that, pursuant to Local Rule 7.1(a)(2), plaintiffs' counsel conferred with counsel for defendants regarding the issues raised in the plaintiffs' Motion for Summary Judgment and counsel for the parties attempted in good faith to narrow the issue, but were unable to do so.

*/s/ Carolyn A. Marcotte*
Carolyn A. Marcotte

2

## CERTIFICATE OF SERVICE

I, Carolyn A. Marcotte, counsel for the plaintiffs in the above-captioned matter, certify that on August 15, 2018, the plaintiffs' Motion for Summary Judgment filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants.

*/s/ Carolyn A. Marcotte*
Carolyn A. Marcotte