# EXHIBIT A

## THE GENERAL HOSPITAL CORPORATION
## EXCLUSIVE LICENSE AGREEMENT

**[REDACTED IN ITS ENTIRETY]**