# EXHIBIT B

# SETTLEMENT AGREEMENT AND RELEASES

# [REDACTED IN ITS ENTIRETY]