# **EXHIBIT E**

**PARTNERS**
HEALTHCARE

FOUNDED BY BRIGHAM AND WOMEN'S HOSPITAL
AND MASSACHUSETTS GENERAL HOSPITAL

November 3, 2017

**BY FEDERAL EXPRESS OVERNIGHT
DELIVERY AND CERTIFIED MAIL**

Esoterix Genetic Laboratories, LLC
1700 West Park Drive, Suite 400
Westborough, Massachusetts 01581
Attn: SVP and General Manager

    RE:  Notice of Dispute, Exclusive License Agreement, dated May 2, 2005, as amended on August 31, 2007, August 31, 2008 and October 26, 2010 (MGM Agreement No. ▮▮▮▮▮▮▮▮ ("License Agreement")

Dear Sir or Madam:



Innovation

Notice of Dispute
Page 2 of 3



Very truly yours,

Daniel Castro
Managing Director, Licensing

Encls.

cc: Laboratory Corporation
of America Holdings
531 S. Spring Street
Burlington, North Carolina 27215
Attn: Law Department

Notice of Dispute
Page 3 of 3

    F. Samuel Eberts III, Manager
    Esoterix Genetic Laboratories, LLC
    231 Maple Avenue
    Burlington, North Carolina 27215

    Laboratory Corporation
    Of America Holdings
    2626 Glenwood Avenue, Suite 550
    Raleigh, North Carolina 27608
    Attn: Law Department

    Laboratory Corporation
    Of America Holdings
    358 South Main Street
    Burlington, North Carolina 27215-5837
    Attn: Law Department