UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendants. | C.A. No. 1:18-cv-11360-IT |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

The plaintiff Dana-Farber Cancer Institute, Inc. and its counsel hereby certify that they have conferred with the view of establishing a budget for the costs of conducting the full course – and the various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

\* \* \* \* \*

                                        Respectfully submitted,

                                        DANA-FARBER
                                        CANCER INSTITUTE, INC.
                                        By its attorneys,

                                        */s/ Carolyn A. Marcotte*
                                        Douglas J. Nash (BBO# 633050)
                                        Carolyn A. Marcotte (BBO# 663616)
                                        Barclay Damon LLP
                                        One Financial Center, Suite 1701
                                        Boston, MA 02111
                                        (617) 274-2900
                                        dnash@barclaydamon.com
                                        cmarcotte@barclaydamon.com

Dated: July 30, 2018

Dana-Farber Cancer Institute, Inc.

_____

By: <u>Hilary J. Libka</u>

Title: <u>Intellectual Property Counsel</u>

Dated: <u>July 30, 2018</u>

## **CERTIFICATE OF SERVICE**

I, Carolyn A. Marcotte, counsel for plaintiff Dana-Farber Cancer Institute, Inc. in the above-captioned action, certify that on August 16, 2018, this Certification filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants.

*/s/ Carolyn A. Marcotte*
Carolyn A. Marcotte