UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:18-cv-11360-IT |
| v. | ) ) ) | |
| ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

The plaintiff The General Hospital Corporation and its counsel hereby certify that they have conferred with the view of establishing a budget for the costs of conducting the full course – and the various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

* * * * *

Respectfully submitted,

THE GENERAL HOSPITAL
CORPORATION
By its attorneys,


*/s/ Carolyn A. Marcotte*
Douglas J. Nash (BBO# 633050)
Carolyn A. Marcotte (BBO# 663616)
Barclay Damon LLP
One Financial Center, Suite 1701
Boston, MA 02111
(617) 274-2900
dnash@barclaydamon.com
cmarcotte@barclaydamon.com

Dated:  July 30, 2018

The General Hospital Corporation

By: _Paul C. Cushing_

Title: _Legal Counsel_

Dated: _7/31/18_

## CERTIFICATE OF SERVICE

I, Carolyn A. Marcotte, counsel for plaintiff The General Hospital Corporation in the above-captioned action, certify that on August 16, 2018, this Certification filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants.


*/s/ Carolyn A. Marcotte*
Carolyn A. Marcotte