UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendants. | C.A. NO. 1:18-cv-11360-IT |

## DEFENDANTS' LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to the Court's Order dated July 26, 2018 and Local Rule 16.1, Defendants Esoterix Genetic Laboratories, LLC ("EGL") and Laboratory Corporation of America Holdings ("LabCorp") hereby certify that they have conferred with their undersigned counsel, Kelley Drye & Warren LLP, regarding (1) the budget for the costs of conducting the full course (and various alternative courses) of the litigation, and (2) the potential for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**Esoterix Genetic Laboratories, LLC**

By: _____

Name: _Matthew Mall_____

Title: _Corporate Counsel_____

Date: _8/20/18_____

**Laboratory Corporation of America Holdings**

By: _____

Name: _Matthew Mall_____

Title: _Corporate Counsel_____

Date: _8/20/18_____

**Campbell Campbell Edwards & Conroy P.C.**

By: _____

James M. Campbell (BBO #541882)
Christopher R. Howe (BBO #652445)
One Constitution Center, 3rd Floor
Boston, MA 02129
Tel: (617) 241-3041
Fax: (617) 241-5115

**Kelley Drye & Warren LLP**

By: _____

Robert Steiner (admitted *pro hac vice*)
Jaclyn Metzinger (admitted *pro hac vice*)
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

## CERTIFICATE OF SERVICE

    I, Christopher R. Howe, counsel for EGL and LabCorp, hereby certify that on August 20, 2018, the foregoing Local Rule 16.1(d)(3) Certification was electronically filed with the Court using the Court's electronic filing system (ECF), which will send notice of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF. I also served a copy of the foregoing Certification by first class mail, postage prepaid, on all parties of record.

_____
Christopher R. Howe