UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC.,<br><br>    Plaintiffs,<br><br>        v.<br><br>ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    Defendants. | CASE NO. 18-cv-11360-IT |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter E. Ball and Fitch Law Partners LLP as counsel to proposed third-party intervenors QIAGEN, Inc. and QIAGEN Manchester, Ltd.

Dated: March October 26, 2018

                                        QIAGEN Inc., and QIAGEN Manchester, Ltd.,
                                        By their attorneys,

                                        **Fitch Law Partners LLP**
                                        /s/ *Peter E. Ball*
                                        Peter E. Ball (BBO #546031)
                                        Ryan M. Cunningham (BBO #661440)
                                        One Beacon Street
                                        Boston, MA 02108
                                        Tel. (617) 542-5542
                                        Fax. (617) 542-1542
                                        peb@fitchlp.com
                                        rmc@fitchlp.com

Of Counsel,

**Ballard Spahr LLP**
Robert Baron (Pro hac vice forthcoming)
Tyler Marandola (Pro hac vice forthcoming)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel. (215) 864-8335
Fax (215) 864-8999
baron@ballardspahr.com
marandolat@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on October 26, 2018.

/s/ *Peter E. Ball*
Peter E. Ball