# **EXHIBIT A**



Finance
3400 Computer Drive
Westborough, Massachusetts 01581

**Esoterix/Lab Corp & MGH Agreement #2004A18200**
**Reporting Period Jan 1 - Jun 30, 2017**



| Bill Code | Revenue | Royalty ▮ | Total Due |
|-----------|---------|-----------|-----------|
| 163 | $ ▮▮▮▮ | $ ▮▮▮▮▮ | $ ▮▮▮▮▮ |

$ ▮ Annual License Fee ·
$ ( ▮▮▮▮ ) paid in August 2017.

$        -        Payment Due

Based on the settlement and release agreement between Partners and EGL that was effective June 28, 2017,
EGL's royalty obligation is for June 28-30th.