# **EXHIBIT D**

**From:** Watson, Kellie [mailto:Kellie.Watson@LabCorp.com]
**Sent:** Wednesday, November 29, 2017 10:12 AM
**To:** Castro, Daniel
**Subject:** RE: notice
**Importance:** High

Dear Dan,

EGL (LabCorp) has sent a response to your letter via FedEx.  Given your prior notification to us that we change the address for Notices pertaining to the license, the letter has been sent to:

> **Executive Director, Innovation**
> **Massachusetts General Hospital**
> **101 Huntington Avenue, 4th Floor**
> **Boston, MA  02199**

I'm attaching a scanned version for you.

After you've had time to review the response, I think it would be helpful for you and I to meet and discuss this matter.  I think it is in both of our best interests to resolve this and work cooperatively and productively together.

Please let me know when you might be available.

Kind regards,
Kellie