# **EXHIBIT F**

 

**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number: 001039312**     [Request certificate]    [New search]

**Summary for:** ESOTERIX GENETIC LABORATORIES, LLC

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company (LLC):** | ESOTERIX GENETIC LABORATORIES, LLC |
| **Entity type:** | Foreign Limited Liability Company (LLC) |
| **Identification Number:** | 001039312 |
| **Date of Registration in Massachusetts:** 11-02-2010 | |
| **Last date certain:** | |
| **Organized under the laws of:** State: DE  Country: USA  **on:** 08-17-2010 | |

**The location of the Principal Office:**

Address: 231 MAPLE AVENUE

City or town, State, Zip code, Country:    BURLINGTON, NC 27215 USA

**The location of the Massachusetts office, if any:**

Address:

City or town, State, Zip code, Country:

**The name and address of the Resident Agent:**

Name:    CORPORATION SERVICE COMPANY

Address:    84 STATE ST.

City or town, State, Zip code, Country:    BOSTON, MA 02109 USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | P. SAMUEL EBERTS III | 358 SO. MAIN ST. BURLINGTON, NC 27215 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | F. SAMUEL EBERTS III | 358 SO. MAIN ST. BURLINGTON, NC 27215 |

| | | |
|---|---|---|
| | | USA |
| REAL PROPERTY | GLENN A EISENBERG | 531 S SPRING STREET BURLINGTON, NC 27215 USA |

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment
Certificate of Cancellation
```

**View filings**

**Comments or notes associated with this business entity:**

**New search**