UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendants. | C.A. No. 1:18-cv-11360-IT |

## JOINT MOTION TO STRIKE

The parties, the plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc. and the defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America), hereby jointly move to strike the following documents from the record: Dkt. Nos. 9-11, 30-33, 35, 41-44, 58-62, and 66. The parties respectfully request that the foregoing documents be stricken from the record, as discussed with the Court at the October 26, 2018 hearing and in light of the plaintiffs filing on November 9, 2018 of their Second Amended Complaint and in anticipation of the parties re-filing of their dispositive motion papers on or before November 16, 2018. The parties respectfully submit that it is in the interests of justice that this joint motion be allowed.

WHEREFORE, the parties respectfully request that this Court grant their Joint Motion to Strike, and that the following documents be stricken from the record: Dkt. Nos. 9-11, 30-33, 35, 41-44, 58-62, and 66.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>THE GENERAL HOSPITAL<br>CORPORATION and<br>DANA-FARBER CANCER<br>INSTITUTE, INC.<br>By their attorneys, | Defendants,<br>ESOTERIX GENETIC LABORATORIES,<br>LLC and LABORATORY CORPORATION<br>OF AMERICA HOLDINGS,<br><br>By their attorneys, |
| */s/ Carolyn A. Marcotte*<br>Douglas J. Nash (BBO# 633050)<br>Carolyn A. Marcotte (BBO# 663616)<br>Barclay Damon LLP<br>One Financial Center, Suite 1701<br>Boston, MA 02111<br>(617) 274-2900<br>dnash@barclaydamon.com<br>cmarcotte@barclaydamon.com | */s/ Jaclyn M. Metzinger*<br>James M. Campbell (BBO# 541882)<br>Christopher R. Howe (BBO# 652445)<br>Campbell Campbell Edwards & Conroy, P.C.<br>One Constitution Center, 3rd Floor<br>Boston, MA 02129<br>(617) 241-3041<br>jmcampbell@campell-trial-lawyers.com<br>chowe@campbell-trial-lawyers.com<br><br>Robert I. Steiner (admitted *pro hac vice*)<br>Jaclyn M. Metzinger (admitted *pro hac vice*)<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800<br>rsteiner@kelleydrye.com<br>jmetzinger@kelleydrye.com |

Dated: November 15, 2018

## **CERTIFICATE OF SERVICE**

  I, Carolyn A. Marcotte, certify that on November 15, 2018, this Joint Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants.

                */s/ Carolyn A. Marcotte*
                Carolyn A. Marcotte