# **EXHIBIT C**



Finance
3400 Computer Drive
Westborough, Massachusetts 01581

**Esoterix/Lab Corp & MGH Agreement #2004A18200**
**Reporting Period Jan 1 - Jun 30, 2017**

| Bill Code | Revenue | Royalty | Total Due |
|---|---|---|---|
| 163 | $ ■ | $ ■ | $ ■ |

$ ■ Annual License Fee -
$ ( ■ ) paid in August 2017.

$       -    Payment Due

Based on the settlement and release agreement between Partners and EGL that was effective June 28, 2017, EGL's royalty obligation is for June 28-30th.

