# **EXHIBIT D**

# **Filed Under Seal Pursuant to Impoundment Order dated November 16, 2018 (Dkt. No. 91)**