UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>Defendants. | C.A. No. 1:18-cv-11360-IT |

## **ASSENTED-TO MOTION TO RESCHEDULE MOTION HEARING**

The plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc., with the assent of counsel for the defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America), hereby respectfully request that the Court reschedule the Motion Hearing set for January 17, 2019 to January 23, January 28, January 29, January 30 or January 31, or some other date convenient to the Court, for the reason set forth below. In support of their motion, counsel for the plaintiffs states as follows:

1. A hearing is set for January 17, 2019, on the defendants' Motion to Dismiss and the plaintiffs' Cross-Motion for Partial Summary Judgment.

2. Counsel for the plaintiffs is required to be in Chicago, Illinois on January 17, 2019 in connection with a scheduled appearance in another court.

3. Counsel for the plaintiffs conferred with defendants' counsel, who have assented to the request to reschedule the motion hearing in light of the scheduling conflict. Counsel for the parties also conferred regarding availability and jointly propose the dates set forth in this motion.

4. Counsel for the parties request a new date convenient to the Court and propose the following dates for the Court's consideration – January 23, January 28, January 29, January 30 or January 31.

5. It is in the interests of justice that this motion be allowed.

WHEREFORE, the plaintiffs, with the assent of counsel for the defendants, respectfully request that this Court grant their Motion to Reschedule Motion Hearing, and that the Motion Hearing be rescheduled to January 23, January 28, January 29, January 30 or January 31, or some other date and time convenient to the Court.

***

| | |
|---|---|
| Respectfully submitted,<br>Plaintiffs,<br>THE GENERAL HOSPITAL<br>CORPORATION and<br>DANA-FARBER CANCER<br>INSTITUTE, INC.<br>By their attorneys, | Assented-To,<br>Defendants,<br>ESOTERIX GENETIC LABORATORIES,<br>LLC and LABORATORY CORPORATION<br>OF AMERICA HOLDINGS,<br><br>By their attorneys, |
| */s/ Carolyn A. Marcotte*<br>Douglas J. Nash (BBO# 633050)<br>Carolyn A. Marcotte (BBO# 663616)<br>Barclay Damon LLP<br>One Financial Center, Suite 1701<br>Boston, MA 02111<br>(617) 274-2900<br>dnash@barclaydamon.com<br>cmarcotte@barclaydamon.com | */s/ Jaclyn Metzinger*<br>James M. Campbell (BBO# 541882)<br>Christopher R. Howe (BBO# 652445)<br>Campbell Campbell Edwards & Conroy, P.C.<br>One Constitution Center, 3rd Floor<br>Boston, MA 02129<br>(617) 241-3041<br>jmcampbell@campell-trial-lawyers.com<br>chowe@campbell-trial-lawyers.com<br><br>Robert I. Steiner (admitted *pro hac vice*)<br>Jaclyn M. Metzinger (admitted *pro hac vice*)<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800<br>rsteiner@kelleydrye.com<br>jmetzinger@kelleydrye.com |

Dated: December 17, 2018

## **CERTIFICATE OF SERVICE**

      I, Carolyn A. Marcotte, certify that on December 17, 2018, this Assented-To Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants.

                                                                     */s/ Carolyn A. Marcotte*
                                                                     Carolyn A. Marcotte