UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. NO. 1:18-CV-11360-IT |
| ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Eric M. Apjohn, Esquire of Campbell Conroy & O'Neil, P.C. as counsel for the defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America in the above-captioned matter.

Dated: January 29, 2019

ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA

By their Attorneys,

CAMPBELL CONROY & O'NEIL, P.C.

/s/ Eric M. Apjohn
James M. Campbell (BBO #541882)
Christopher R. Howe (BBO #652445)
Eric M. Apjohn (BBO #676055)
One Constitution Wharf, Suite 310
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5155
jmcampbell@campbell-trial-lawyers.com
chowe@campbell-trial-lawyers.com
eapjohn@campbell-trial-lawyers.com

KELLEY DRYE & WARREN LLP
Robert I. Steiner (admitted *pro hac vice*)
rsteiner@kelleydrye.com
Jaclyn M. Metzinger (admitted *pro hac vice*)
jmetzinger@kelleydrye.com
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

## CERTIFICATE OF SERVICE

I, Eric M. Apjohn, hereby certify that on January 29, 2019, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, in particular the counsel listed below. Parties and their counsel may access this filing through the court's CM/ECF system.

/s/ Eric M. Apjohn