UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendants. | C.A. No. 1:18-cv-11360-IT |

## JOINT MOTION TO AMEND CASE SCHEDULE

The parties, the plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc. and the defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America), hereby jointly move to amend the remaining items on the Court's current case schedule [*see* Dkt. No. 139] as set forth below.

| Task | Current Deadline | Amended Deadline |
|---|---|---|
| Completion of fact depositions | June 30, 2020 | September 30, 2020 |
| Completion of fact discovery | June 30, 2020 | September 30, 2020 |
| Status Conference | June 30, 2020 @ 2:00 p.m. | September 30, 2020 @ 2:00 p.m. or some other date and time convenient to the Court |
| Filing of dispositive motions | July 31, 2020 | October 30, 2020 |

19815753.2

In support of their joint motion, and by way of a further status update since the parties joint motion to extend filed on March 19, 2020, the parties state that they have substantially completed email discovery and the discovery of other electronically stored information, and the parties continue to work cooperatively to complete discovery, including the exchange of privilege logs and the taking of depositions. The parties require the requested additional time to allow them sufficient time to take depositions after it is expected that the current COVID-19 crisis and its restrictions on travel and in-person gatherings let up. The parties have exchanged lists of the witnesses they would like to depose, reserving all rights to identify additional individuals, and are working cooperatively on scheduling. The parties anticipate taking many of the depositions in person and respectfully request this further amendment to allow sufficient time for the parties to do so.

**WHEREFORE**, the parties respectfully request that this Court grant their Joint Motion to Amend Case Schedule.

* * *

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC. | Defendants,<br>ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, |
| By their attorneys, | By their attorneys, |
| */s/ Carolyn M. Crowley*<br>Douglas J. Nash (BBO# 633050)<br>Carolyn M. Crowley (BBO# 663616)<br>Barclay Damon LLP<br>One Financial Center, Suite 1701<br>Boston, MA 02111<br>(617) 274-2900<br>dnash@barclaydamon.com<br>ccrowley@barclaydamon.com | */s/ Jaclyn M. Metzinger*<br>James M. Campbell (BBO# 541882)<br>Christopher R. Howe (BBO# 652445)<br>Campbell Campbell Edwards & Conroy, P.C.<br>One Constitution Center, 3rd Floor<br>Boston, MA 02129<br>(617) 241-3041<br>jmcampbell@campell-trial-lawyers.com<br>chowe@campbell-trial-lawyers.com<br><br>Robert I. Steiner (admitted *pro hac vice*)<br>Jaclyn M. Metzinger (admitted *pro hac vice*)<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800<br>rsteiner@kelleydrye.com<br>jmetzinger@kelleydrye.com |

Dated: June 25, 2020

## **CERTIFICATE OF SERVICE**

I, Carolyn M. Crowley, certify that on June 25, 2020, I filed this Joint Motion to Amend Case Schedule on the Court's CM/ECF system, which will electronically serve all counsel of record in this case.

*/s/ Carolyn M. Crowley*
Carolyn M. Crowley