UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:18-cv-11360-IT |
| v. | ) ) ) | |
| ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

The parties, the plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc. and the defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America), hereby jointly request that today's Status Conference be rescheduled to a date and time next week convenient to the Court.

In support of their joint motion, and by way of a further status update since the parties' conference with the Court on September 24, 2020, the parties state that they have conferred regarding a variety of different procedural avenues that would permit Defendants to take an immediate appeal of certain claims that have been resolved by way of summary judgment and are close to finalizing a resolution that addresses the issues discussed during the previous conference. The parties therefore jointly request that the status conference currently scheduled for October 5, 2020 be re-scheduled for the following week. The parties anticipate reaching an agreement and filing documentation to memorialize that agreement prior to the re-scheduled conference.

**WHEREFORE**, the parties respectfully request that this Court grant their Joint Motion to Reschedule Status Conference.

\* \* \*

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC. | Defendants,<br>ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, |
| By their attorneys, | By their attorneys, |

*/s/ Carolyn M. Crowley*　　　　　　　　*/s/ Jaclyn M. Metzinger*

Douglas J. Nash (BBO# 633050)　　　　James M. Campbell (BBO# 541882)
Carolyn M. Crowley (BBO# 663616)　　Christopher R. Howe (BBO# 652445)
Barclay Damon LLP　　　　　　　　　Campbell Campbell Edwards & Conroy, P.C.
160 Federal Street, Suite 1001　　　　　One Constitution Center, 3rd Floor
Boston, MA 02110　　　　　　　　　　Boston, MA 02129
(617) 274-2900　　　　　　　　　　　(617) 241-3041
dnash@barclaydamon.com　　　　　　jmcampbell@campell-trial-lawyers.com
ccrowley@barclaydamon.com　　　　　chowe@campbell-trial-lawyers.com

Robert I. Steiner (admitted *pro hac vice*)
Jaclyn M. Metzinger (admitted *pro hac vice*)
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800
rsteiner@kelleydrye.com
jmetzinger@kelleydrye.com

Dated: October 5, 2020

## CERTIFICATE OF SERVICE

  I, Carolyn M. Crowley, certify that on October 5, 2020, I filed this Joint Motion to Reschedule Status Conference on the Court's CM/ECF system, which will electronically serve all counsel of record in this case.

                */s/ Carolyn M. Crowley*
                Carolyn M. Crowley