# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:18-cv-11360-IT |

## [PROPOSED] STIPULATED JUDGMENT

**WHEREAS**, on September 4, 2019, the Honorable Indira Talwani entered a Memorandum and Order granting in part plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc.'s (collectively "Plaintiffs") motion for partial summary judgment on Counts I (Breach of Contract) and IV (Accounting/Injunctive Relief) of the Second Amended Complaint as against defendant Esoterix Genetic Laboratories, LLC, and granting in part defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America)'s (collectively "Defendants") motion to dismiss Count V (Reformation of Contract – Mistake) of the Second Amended Complaint as against Plaintiffs (Dkt. No. 133); and

**WHEREAS** the September 4, 2019 Memorandum and Order denied the remainder of Plaintiffs' motion for partial summary judgment and Defendants' motion to dismiss; and

**WHEREAS** Plaintiffs and Defendants hereby stipulate to the entry of final judgment on Counts I, IV and V of the Second Amended Complaint and to dismiss the remainder of Count I and Counts II, III, VI, VII of the Second Amended Complaint without prejudice to allow the parties to appeal the September 4, 2019 Memorandum and Order;

**IT IS HEREBY STIPULATED AND AGREED THAT FINAL JUDGMENT** is entered as follows:

This action came on before the Court, Honorable Indira Talwani presiding, and upon consideration, entering the Memorandum and Order dated September 4, 2019 [Dkt. No. 133], it is hereby **ORDERED** and **ADJUDGED** that:

1. Judgment for the plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc. against the defendant Esoterix Genetic Laboratories, LLC on Count I (Breach of Contract) and Count IV (Accounting/Injunctive Relief) of Plaintiffs' Second Amended Complaint is hereby entered in the sum of $1,291,427.13, plus pre-judgment interest and post-judgment interest at the rate set forth in Section 4.8 of the Exclusive License Agreement between plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc. and defendant Esoterix Genetic Laboratories, LLC dated May 2, 2005, and without costs; and

2. Judgment for defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America) against plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc. on Count V (Reformation of Contract – Mistake) is hereby entered.

Dated: _____ \_\_, 2020

_____
Indira Talwani
United States District Judge

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>THE GENERAL HOSPITAL<br>CORPORATION and<br>DANA-FARBER CANCER<br>INSTITUTE, INC. | Defendants,<br>ESOTERIX GENETIC LABORATORIES,<br>LLC and LABORATORY CORPORATION<br>OF AMERICA HOLDINGS, |
| By their attorneys, | By their attorneys, |
| */s/ Carolyn M. Crowley*<br>Douglas J. Nash (BBO# 633050)<br>Carolyn M. Crowley (BBO# 663616)<br>Barclay Damon LLP<br>160 Federal Street, 10th Floor<br>Boston, MA 02110<br>(617) 274-2900<br>dnash@barclaydamon.com<br>ccrowley@barclaydamon.com | */s/ Christopher R. Howe*<br>James M. Campbell (BBO# 541882)<br>Christopher R. Howe (BBO# 652445)<br>Campbell Conroy & O'Neil, P.C.<br>1 Constitution Wharf, Suite 310<br>Boston, MA 02129<br>(617) 241-3041<br>jmcampbell@campell-trial-lawyers.com<br>chowe@campbell-trial-lawyers.com<br><br>Robert I. Steiner (admitted *pro hac vice*)<br>Jaclyn M. Metzinger (admitted *pro hac vice*)<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800<br>rsteiner@kelleydrye.com<br>jmetzinger@kelleydrye.com |

Dated: October 21, 2020