UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) | C.A. No. 1:18-cv-11360-IT |
| v. | ) ) ) | |
| ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS**

**IT IS HEREBY STIPULATED AND AGREED** by the parties, plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc. (collectively, "Plaintiffs") and defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America) (collectively, "Defendants"), by and through their undersigned counsel, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the following claims in the above-captioned action, are hereby dismissed without prejudice:

1. Count I (Breach of Contract) against defendant Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America) only;[1]

2. Count II (Breach of the Implied Covenant of Good Faith and Fair Dealing) against Defendants;

---

[1] Judgment is being entered by the Court on Count I (Breach of Contract) against defendant Esoterix Genetic Laboratories, LLC.

**Error! Unknown document property name.**

3. Count III (Violation of M.G.L. Chapter 93A, §§ 2 and 11) against Defendants;

4. Count IV (Accounting/Injunctive Relief) against defendant Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America) only;[2,3]

5. Count VI (Piercing the Corporate Veil) against defendant Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America); and

6. Count VII (Unjust Enrichment) against defendant Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America).

| Plaintiffs, | Defendants, |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA- FARBER CANCER INSTITUTE, INC. | ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, |
| By their attorneys, | By their attorneys, |
| */s/ Carolyn M. Crowley*_____ | */s/ Christopher R. Howe*_____ |
| Douglas J. Nash (BBO# 633050) | James M. Campbell (BBO# 541882) |
| Carolyn M. Crowley (BBO# 663616) | Christopher R. Howe (BBO# 652445) |
| Barclay Damon LLP | Campbell Conroy & O'Neil, P.C. |
| 160 Federal Street, 10th Floor | 1 Constitution Wharf, Suite 310 |
| Boston, MA 02110 | Boston, MA 02129 |
| (617) 274-2900 | (617) 241-3041 |
| dnash@barclaydamon.com | jmcampbell@campell-trial-lawyers.com |
| ccrowley@barclaydamon.com | chowe@campbell-trial-lawyers.com |
| | Robert I. Steiner (admitted *pro hac vice*) |
| | Jaclyn M. Metzinger (admitted *pro hac vice*) |
| | Kelley Drye & Warren LLP |
| | 101 Park Avenue |
| | New York, NY 10178 |
| | (212) 808-7800 |
| | rsteiner@kelleydrye.com |
| | jmetzinger@kelleydrye.com |

Dated: October 21, 2020

---

[2] Judgment is being entered by the Court on Count IV (Accounting/Injunctive Relief) against defendant Esoterix Genetic Laboratories, LLC.

[3] Judgment is being entered by the Court on Count V (Reformation of Contract – Mistake) against Plaintiffs.

## **CERTIFICATE OF SERVICE**

I, Christopher R. Howe, certify that on October 21, 2020, I filed this Stipulation of Dismissal Without Prejudice on the Court's CM/ECF system, which will electronically serve all counsel of record in this case.

>*/s/ Christopher R. Howe*
>Christopher R. Howe