UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE GENERAL HOSPITAL | * | |
| CORPORATION and DANA-FARBER | * | |
| CANCER INSTITUTE, INC., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 18-cv-11360-IT |
| | * | |
| ESOTERIX GENETIC LABORATORIES, | * | |
| LLC, and LABORATORY | * | |
| CORPORATION OF AMERICA | * | |
| HOLDINGS, | * | |
| | * | |
| Defendants. | * | |

JUDGMENT

October 26, 2020

Plaintiffs, The General Hospital Corporation and Dana-Farber Cancer Institute, Inc., sued

Defendants, Esoterix Genetic Laboratories, LLC ("Esoterix") and Laboratory Corporation of

America Holdings ("LabCorp"), for breach of contract (Count I) and related claims (Counts II

through VII). Second Amended Complaint [#81]. On September 4, 2019, this court granted in

part Plaintiffs' Motion for Partial Summary Judgment [#95] as to Count I (Breach of Contract)

and Count IV (Accounting/Injunctive Relief) and granted in part Defendants' Motion to Dismiss

[#88] as to Count V (Reformation of Contract – Mistake). On October 21, 2020, pursuant to the

parties' Stipulation of Dismissal [#152], Plaintiffs dismissed without prejudice the remaining

claims of the Second Amended Complaint [#81]. Accordingly, it is hereby ORDERED and

ADJUDGED that:

1. Judgment is hereby entered in favor of Plaintiffs and against Defendant Esoterix as to

    Count I (Breach of Contract) and Count IV (Accounting/Injunctive Relief) in the sum

    of $1,291,427.13, plus pre-judgment interest and post-judgment interest at the rate

set forth in Section 4.8 of the Exclusive License Agreement between Plaintiffs and Defendant Esoterix, dated May 2, 2005, and without costs;

2. Judgment is hereby entered for Defendants Esoterix and LabCorp and against Plaintiffs on Count V (Reformation of Contract – Mistake);

3. Count I (Breach of Contract) and Count IV (Accounting/Injunctive Relief) are hereby dismissed without prejudice as to Defendant LabCorp;

4. Count II (Breach of the Implied Covenant of Good Faith and Fair Dealing) and Count III (Violation of M.G.L. Chapter 93A, §§ 2 and 11) are hereby dismissed without prejudice as to Defendants Esoterix and LabCorp; and

5. Count VI (Piercing the Corporate Veil) and Count VII (Unjust Enrichment) are dismissed without prejudice as to LabCorp.


Dated: October 26, 2020                                    /s/ Indira Talwani
                                                          United States District Judge