UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC.,<br><br>Plaintiffs,<br><br>ESOTERIX GENETIC LABORATORIES, LLC, and LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>Defendants. | Civil Action No. 18-cv-11360-IT<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Esoterix Genetic Laboratories, LLC ("Defendant" or "Esoterix") in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered in this action on the 26th day of October, 2020 ("Judgment") and the Memorandum and Order, dated September 4, 2019 ("Order"), incorporated by reference in the Judgment. Defendant appeals the enumerated paragraph 1 of the Judgment, which ORDERED and ADJUDGED as follows:

1. Judgment is hereby entered in favor of Plaintiffs and against Defendant Esoterix as to Count I (Breach of Contract) and Count IV (Accounting/Injunctive Relief) in the sum of $1,291,427.13, plus pre-judgment interest and post-judgment interest at the rate set forth in Section 4.8 of the Exclusive License Agreement between Plaintiffs and Defendant Esoterix, dated May 2, 2005, and without costs.

Defendant further appeals the Judgment insofar as it incorporates the Order denying Defendant's Motion to Dismiss as to the following counts of the Second Amended Complaint: (i) Count I alleging breach of contract against Esoterix; and (ii) Count IV seeking an audit and accounting against Esoterix.

Dated: November 25, 2020

*/s/ Christopher R. Howe*_____
James M. Campbell (BBO# 541882)
Christopher R. Howe (BBO# 652445)
Campbell Conroy & O'Neil, P.C.
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3041
jmcampbell@campell-trial-lawyers.com
chowe@campbell-trial-lawyers.com

Robert I. Steiner (admitted *pro hac vice*)
Jaclyn M. Metzinger (admitted *pro hac vice*)
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800
rsteiner@kelleydrye.com
jmetzinger@kelleydrye.com

*Counsel for Defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings*

3

## **CERTIFICATE OF SERVICE**

      I, Christopher R. Howe, certify that on November 25, 2020, I filed the foregoing Notice of Appeal on the Court's CM/ECF system, which will electronically serve all counsel of record in this case.

                                         */s/ Christopher R. Howe*_____
                                            Christopher R. Howe