**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: The General Hospital Corporation et al v. Esoterix Genetic Laboratories, LLC et al

District Court Number: 18cv11360-IT

---

Fee:   Paid?  Yes _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No _X_ | Sealed documents | Yes _X_ No ____ |
| *If yes, document #* | | *If yes, document #* | 2,24,38,46,47,48,67,69,70 |
| *Ex parte* documents | Yes ____ No _X_ | Transcripts | Yes _X_ No ____ |
| *If yes, document #* | | *If yes, document #* | 7,116,124,130 |

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#133 Memorandum and Order, #154 Judgment

Other information:

Additional Sealed Documents: 92,102,103,104,105,106,123,124

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#133, #154, and #155

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _155_ filed on _November 25, 2020_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _November 25, 2020_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**