**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: The General Hospital Corporation et al v. Esoterix Genetic Laboratories, LLC et al

District Court Number: 18cv11360-IT

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_
If yes, document # ____

Sealed documents   Yes _X_ No ____
If yes, document # 2,24,38,46,47,48,67.69

Ex parte documents   Yes ____ No _X_
If yes, document # ____

Transcripts   Yes _X_ No ____
If yes, document # 7,116,124,130

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#133 Memorandum and Order, #154 Judgment

Other information:

***Cross Notice of Appeal***   (Additional Sealed Documents: 92,102,103,104,105,106,123,124)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#133, #154, and #158

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 158 filed on December 3, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 3, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**