# United States Court of Appeals
## For the First Circuit

Nos. 20-2126
 20-2149

THE GENERAL HOSPITAL CORPORATION; DANA-FARBER CANCER INSTITUTE, INC.,

Plaintiffs, Appellees/Cross-Appellants,

v.

ESOTERIX GENETIC LABORATORIES, LLC,

Defendant, Appellant/Cross-Appellee,

LABORATORY CORPORATION OF AMERICA HOLDINGS, a/k/a Laboratory Corporation of America,

Defendant, Cross-Appellee.

**JUDGMENT**

Entered: October 7, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment in favor of the General Hospital Corporation and Dana-Farber Cancer Institute as to the breach of contract claim is vacated, and the district court is directed to enter judgment granting Esoterix Genetic Laboratories' motion to dismiss that claim. The judgment as to the audit-and-accounting and reformation claims is vacated without prejudice. The district court's judgment is undisturbed as to all claims not specifically mentioned, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. Costs shall be taxed in favor of the defendants.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Douglas J. Nash, Carolyn Marcotte Crowley, Christopher R. Howe, James Michael Campbell, Robert I. Steiner, Eric M. Apjohn, Jaclyn Metzinger, Peter Edward Ball, Ryan Michael Cunningham