# United States Court of Appeals
## For the First Circuit

Nos.   20-2126
       20-2149

THE GENERAL HOSPITAL CORPORATION; DANA-FARBER CANCER INSTITUTE, INC.,

Plaintiffs, Appellees/Cross-Appellants,

v.

ESOTERIX GENETIC LABORATORIES, LLC,

Defendant, Appellant/Cross-Appellee,

LABORATORY CORPORATION OF AMERICA HOLDINGS, a/k/a Laboratory Corporation of America,

Defendant, Cross-Appellee.

Before
Lynch, Selya, Barron,
Circuit Judges.

**ORDER OF COURT**
Entered:  October 21, 2020

No requests for redaction having been proffered, the temporary seal is released, and the opinion will be published in the ordinary course.


By the Court:

Maria R. Hamilton, Clerk


cc: Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Douglas J. Nash, Carolyn Marcotte Crowley, Christopher R. Howe, James Michael Campbell, Robert I. Steiner, Eric M. Apjohn, Jaclyn Metzinger, Peter Edward Ball, Ryan Michael Cunningham