# United States Court of Appeals
## For the First Circuit

Nos. 20-2126
      20-2149

THE GENERAL HOSPITAL CORPORATION; DANA-FARBER CANCER INSTITUTE, INC.,

Plaintiffs - Appellees/Cross - Appellants,

v.

ESOTERIX GENETIC LABORATORIES, LLC,

Defendant - Appellant/Cross - Appellee,

LABORATORY CORPORATION OF AMERICA HOLDINGS, a/k/a Laboratory Corporation of America,

Defendant/Cross-Appellee.

**MANDATE**

Entered: October 28, 2021

    In accordance with the judgment of October 7, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Eric M. Apjohn, Peter Edward Ball, James Michael Campbell, Carolyn Marcotte Crowley, Ryan Michael Cunningham, Christopher R. Howe, Jaclyn Metzinger, Douglas J. Nash, Robert I. Steiner