UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 18-cv-11360-IT |
| ESOTERIX GENETIC LABORATORIES, LLC, and LABORATORY CORPORATION OF AMERICA HOLDINGS, | * * * * * | |
| Defendants. | | |

PARTIAL ORDER OF DISMISSAL

November 9, 2021

Plaintiffs, the General Hospital Corporation and Dana-Farber Cancer Institute, Inc., sued Defendants, Esoterix Genetic Laboratories, LLC ("Esoterix") and Laboratory Corporation of America Holdings, for breach of contract and related claims. Second Am. Compl. [#81]. Defendants moved to dismiss all counts. Mot. to Dismiss [#88]. In accordance with the Judgment of the United States Court of Appeals for the First Circuit, Esoterix's Motion to Dismiss [88] is allowed as to Count I.

Accordingly, Count I (Breach of Contract) of the Second Amended Complaint [#81] is hereby DISMISSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge