# **<u>EXHIBIT A</u>**



Finance
3400 Computer Drive
Westborough, Massachusetts 01581

Esoterix/Lab Corp & MGH Agreement #2004A18200
Reporting Period Jan 1 - Jun 30, 2017

| Bill Code | Revenue | Royalty | Total Due |
|---|---|---|---|
| 163 | $ ▮ | $ ▮ | $ ▮ |



$ ▮ Annual License Fee -
$ ( ▮ ) paid in August 2017.

$   -   Payment Due

Based on the settlement and release agreement between Partners and EGL that was effective June 28, 2017, EGL's royalty obligation is for June 28-30th.