# **EXHIBIT E**



Laboratory Corporation of America® Holdings
531 South Spring Street
Burlington, North Carolina  27215

**KATHRYN W. KYLE**
Vice President and Corporate General Counsel
Telephone:  (336) 436-5021
Fax:  (336) 436-4177

April 14, 2018

Via e-mail:  DCASTRO@PARTNERS.ORG
Daniel Castro
Managing Director, Licensing and Innovation
Partners HealthCare
215 First Street, Suite 500
Cambridge, MA  02142

Dear Mr. Castro:

I am writing to follow-up on the November 28, 2017 Letter from Esoterix Genetic Laboratories, LLC (EGL),[1] as well as the meeting held on March 1, 2018 between the parties' designated senior executives.

On November 3, MGH provided a notice of dispute concerning EGL's September 2017 semi-annual royalty report under the License Agreement.  EGL responded on November 27, 2017.  Since that date, EGL has proceeded in good faith to try to resolve MGH's stated concerns.  Specifically, pursuant to the Dispute Resolution provision in the Master License Agreement (Section 13.8), MGH's dispute was referred to the appropriate senior executives for the parties for a thirty-day negotiation period.

Unfortunately, these senior executives were not able to come to a resolution.  As explained in its November 27 Letter and during the March 1, 2018 meeting, EGL is confident in its interpretation of the Settlement Agreement, which was heavily negotiated by the parties, both with the advice of outside counsel, and includes, *inter alia*, a broad release of all liabilities of any nature whatsoever that may have arisen before the Effective Date of the Settlement (June 27, 2017) relating to or arising from the Master License Agreement, and expressly includes "past royalties or other fees pursuant to the Master License Agreement."  (Settlement Agreement § 3.1.)

EGL paid MGH handsomely – and indeed more than what was due MGH from the QIAGEN settlement by itself – in exchange for this release and the benefit it provided, including release of

---

[1]  Unless otherwise defined herein, capitalized times shall have the same definition as set forth in EGL's November 28, 2017 Letter.

Mr. Daniel Castro
April 14, 2018
Page 2 of 2

past royalty obligations.  As a result of the terms of the release, EGL's semi-annual report for the reporting period ending June 30, 2017 properly accounted for royalties accrued after the Effective Date of the Settlement, *i.e.,* between June 28 and June 30, 2017.  You have pointed to nothing which would lead to a different result.



Notwithstanding the above, we are open to a further discussion as to how we might best resolve this dispute without resorting to litigation.  In the meanwhile, EGL and LabCorp reserve all of their rights.

Sincerely,

Kathryn W. Kyle
Vice President & Corporate General Counsel
LabCorp Diagnostics