# **EXHIBIT F**

 

**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number: 001039312**     Request certificate    New search

**Summary for:  ESOTERIX GENETIC LABORATORIES, LLC**

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company (LLC):**  ESOTERIX GENETIC LABORATORIES, LLC |
| **Entity type:**  Foreign Limited Liability Company (LLC) |
| **Identification Number:** 001039312 |
| **Date of Registration in Massachusetts:** <br> 11-02-2010 |
| **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 08-17-2010 |
| **The location of the Principal Office:** |
| Address:  231 MAPLE AVENUE <br><br> City or town, State, Zip code, Country:    BURLINGTON,  NC  27215  USA |
| **The location of the Massachusetts office, if any:** |
| Address: <br><br> City or town, State, Zip code, Country: |
| **The name and address of the Resident Agent:** |
| Name:   CORPORATION SERVICE COMPANY <br><br> Address:  84 STATE ST. <br><br> City or town, State, Zip code, Country:    BOSTON,  MA  02109  USA |
| **The name and business address of each Manager:** |

| Title | Individual name | Address |
|---|---|---|
| MANAGER | P. SAMUEL EBERTS III | 358 SO. MAIN ST. BURLINGTON, NC 27215 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | F. SAMUEL EBERTS III | 358 SO. MAIN ST. BURLINGTON, NC 27215 |

| | | |
|---|---|---|
| | | USA |
| REAL PROPERTY | GLENN A EISENBERG | 531 S SPRING STREET BURLINGTON, NC 27215 USA |

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment
Certificate of Cancellation
```

**View filings**

**Comments or notes associated with this business entity:**

**New search**