# **EXHIBIT G**

 

**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number: 133757370**     Request certificate    New search

**Summary for:** LABORATORY CORPORATION OF AMERICA HOLDINGS

| | |
|---|---|
| **The exact name of the Foreign Corporation:** LABORATORY CORPORATION OF AMERICA HOLDINGS ||
| **Entity type:** Foreign Corporation ||
| **Identification Number:** 133757370 | **Old ID Number:** 000506100 |
| **Date of Registration in Massachusetts:** 07-03-1995 ||
| | **Last date certain:** |
| **Organized under the laws of: State:** DE **Country:** USA **on:** 03-08-1994 ||
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |
| **The location of the Principal Office:** ||
| Address: 358 SOUTH MAIN STREET ||
| City or town, State, Zip code, Country: BURLINGTON, NC 27215 USA ||
| **The location of the Massachusetts office, if any:** ||
| Address: ||
| City or town, State, Zip code, Country: ||
| **The name and address of the Registered Agent:** ||
| Name: CORPORATION SERVICE COMPANY ||
| Address: 84 STATE STREET ||
| City or town, State, Zip code, Country: BOSTON, MA 02109 USA ||
| **The Officers and Directors of the Corporation:** ||

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | DAVID P. KING | 358 SOUTH MAIN STREET BURLINGTIN, NC 27215 USA |
| TREASURER | ROBERT S. PRINGLE | OSPREY HOUSE, MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD, SL6 3QH GB |
| SECRETARY | F. SAMUEL EBERTS III | 531 S SPRING STREET BURLINGTON, NC |

| | | |
|---|---|---|
| | | 27215 USA |
| CFO | GLENN A EISENBERG | 531 S SPRING STREET BURLINGTON, NC 27215 USA |
| DIRECTOR | ROBERT E. MITTELSTAEDT JR. | 358 SOUTH MAIN STREET BURLINGTON, NC 27215 USA |
| DIRECTOR | GARHENG KONG | 358 SOUTH MAIN STREET BURLINGTON, NC 27215 USA |
| DIRECTOR | DAVID P. KING | 358 SOUTH MAIN STREET BURLINGTIN, NC 27215 USA |
| DIRECTOR | JEAN-LUC BELINGARD | 358 SOUTH MAIN STREET BURLINGTON, NC 27215 USA |
| DIRECTOR | RICHELLE P. PARHAM | 358 SOUTH MAIN STREET BURLINGTON, NC 27215 USA |
| DIRECTOR | D. GARY GILLILAND | 358 SOUTH MAIN STREET BURLINGTON, NC 27215 USA |
| DIRECTOR | PETER NEUPERT | 358 SOUTH MAIN STREET BURLINGTON, NC 27215 USA |
| DIRECTOR | R. SANDERS WILLIAMS | 358 SOUTH MAIN STREET BURLINGTON, NC 27215 USA |
| DIRECTOR | KERRII B. ANDERSON | 358 SOUTH MAIN STREET BURLINGTON, NC 27215 USA |
| DIRECTOR | ADAM H. SCHECHTER | 358 SOUTH MAIN STREET BURLINGTON, NC 27215 USA |

**Business entity stock is publicly traded:** 

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| PWP | $ 1000000.00 | 500 | $ 500000000.00 | 0 |
| CWP | $ 0.10 | 265,000,000 | $ 26500000.00 | 102,363,653 |

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
Articles of Consolidation - Foreign and Domestic

**View filings**

**Comments or notes associated with this business entity:**

New search