UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendants. | C.A. No. 1:18-cv-11360-IT |

**PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs The General Hospital Corporation and Dana-Farber Cancer Institute, Inc., by and through their undersigned counsel, and with the assent of counsel for Defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings, a/k/a Laboratory Corporation of America, respectfully move for a one-week extension of time to file their Opposition to Defendants' Motion to Dismiss, extending the due date from December 29, 2021 to January 5, 2022.  In support of this Motion, counsel for Plaintiffs states as follows:

1. Plaintiffs' Opposition is currently due on December 29, 2021.

2. Due to a number of scheduling issues for counsel for Plaintiffs and their clients, including pre-planned time out of the office around the holidays, they respectfully request a one-week extension of time to file their Opposition, extending the due date from December 29, 2021 to January 5, 2022.

3. Counsel for Defendants Esoterix Genetic Laboratories, LLC and Laboratory Corporation of America Holdings assented to the requested extension of time.

4. No party will be prejudiced by the one-week extension.

WHEREFORE, counsel for Plaintiffs respectfully request that this Court grant their Assented-To Motion and extend the time for them to file their Opposition to Defendants' Motion to Dismiss from December 29, 2021 to January 5, 2022.

| Respectfully submitted, | Assented-to |
|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC. | ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, |
| By their attorneys, | By their attorneys, |

_/s/ Carolyn M. Crowley_
Douglas J. Nash (BBO# 633050)
Carolyn M. Crowley (BBO# 663616)
Barclay Damon LLP
160 Federal Street, 10th Floor
Boston, MA 02110
(617) 274-2900
dnash@barclaydamon.com
ccrowley@barclaydamon.com

Dated: December 20, 2021

_/s/ Jaclyn M. Metzinger_
Christopher R. Howe (BBO# 652445)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3041
chowe@campbell-trial-lawyers.com

Robert I. Steiner
Jaclyn M. Metzinger
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800
rsteiner@kelleydrye.com
jmetzinger@kelleydrye.com

**CERTIFICATE OF SERVICE**

      I, Carolyn M. Crowley, hereby certify that on December 20, 2021, I electronically filed the foregoing document by using the CM/ECF system, which is charged with electronic service. I further certify that the following parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system:

Jaclyn M. Metzinger, Esq.
Robert I. Steiner, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

Christopher R. Howe, Esq.
James M. Campbell, Esq.
Eric M. Apjohn, Esq.
Campbell Conroy & O'Neil PC
1 Constitution Wharf
Boston, MA 02129
(617) 458-0507

                                              */s/ Carolyn M. Crowley*
                                              Carolyn M. Crowley
                                              *Attorney for Appellees/*
                                              *Cross-Appellants*

Dated: December 20, 2021