# United States Court of Appeals
## For the First Circuit

Nos. 20-2126
    20-2149

THE GENERAL HOSPITAL CORPORATION; DANA-FARBER CANCER INSTITUTE, INC.,

Plaintiffs - Appellees/Cross - Appellants,

v.

ESOTERIX GENETIC LABORATORIES, LLC,

Defendant - Appellant/Cross - Appellee,

LABORATORY CORPORATION OF AMERICA HOLDINGS, a/k/a Laboratory Corporation of America,

Defendant/Cross-Appellee.

**TAXATION OF COSTS**

Entered: December 28, 2021
Pursuant to 1st Cir. R. 27(d)

Costs in favor of Appellant/Cross - Appellee Esoterix Genetic Laboratories, LLC and Cross-Appellee Laboratory Corporation of America Holdings are taxed as follows:

| | |
|---|---|
| Reproduction of brief | ...............$ 124.80 |
| Reproduction of appendix | ...............$ 262.50 |
| Reproduction of reply brief | ...............$  88.40 |
| Docket Fee | ...............$ 500.00 |
| **TOTAL** | ...............**$ 975.70** |

Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation of costs to the mandate issued on October 28, 2021.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Douglas J. Nash
Carolyn Marcotte Crowley
Christopher R. Howe
James Michael Campbell
Robert I. Steiner
Eric M. Apjohn
Jaclyn Metzinger
Peter Edward Ball
Ryan Michael Cunningham