UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:18-cv-11360-IT |
| v. | ) ) ) | |
| ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties, The General Hospital Corporation, Dana-Farber Cancer Institute, Inc., Esoterix Genetic Laboratories, LLC, and Laboratory Corporation of America Holdings (a/k/a Laboratory Corporation of America), by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action, including all claims, is hereby dismissed with prejudice, with each party expressly waiving all rights of appeal and each party agreeing to bear its own attorneys' fees and costs in this matter.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>THE GENERAL HOSPITAL CORPORATION and DANA-FARBER CANCER INSTITUTE, INC. | Defendants,<br>ESOTERIX GENETIC LABORATORIES, LLC and LABORATORY CORPORATION OF AMERICA HOLDINGS, |
| By its attorneys, | By its attorneys, |
| */s/ Carolyn M. Crowley*<br>Douglas J. Nash (BBO# 633050)<br>Carolyn A. Crowley (BBO# 663616)<br>Barclay Damon, LLP<br>160 Federal Street, Suite 1001<br>Boston, MA 02111<br>(617) 274-2900<br>dnash@barclaydamon.com<br>ccrowley@barclaydamon.com | */s/ Jaclyn M. Metzinger*<br>James M. Campbell (BBO# 541882)<br>Christopher R. Howe (BBO# 652445)<br>Campbell Campbell Edwards & Conroy P.C.<br>One Constitution Center, 3rd Floor<br>Boston, MA 02129<br>(617) 241-3041<br>jmcampbell@campbell-trial-lawyers.com<br>chowe@campbell-trial-lawyers.com<br><br>Robert I. Steiner (admitted pro hac vice)<br>Jaclyn M. Metzinger (admitted pro hac vice)<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>(212) 808-7800<br>rsteiner@kelleydrye.com<br>jmetzinger@kelleydrye.com |

Dated: July 20, 2022

## CERTIFICATE OF SERVICE

I, Carolyn M. Crowley, certify that on July 20, 2022, the foregoing Stipulation filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants.

*/s/ Carolyn M. Crowley*
Carolyn M. Crowley
